UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC C. RUIZ,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

CASE NO. C17-545 JLR-BAT

**ORDER REVERSING AND REMANDING CASE FOR AN IMMEDIATE CALCULATION AND AWARD OF BENEFITS**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.
2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for an immediate calculation and award of benefits.
3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 13th day of Nov, 2017.

JAMES L. ROBART
United States District Judge

ORDER REVERSING AND REMANDING CASE FOR AN
IMMEDIATE CALCULATION AND AWARD OF BENEFITS
- 1